## MINUTES

CASE NUMBER:    CR 07-00615SOM

CASE NAME:    USA vs.  (02) Anabel Valenzuela and (07) Wayne Kila

ATTYS FOR PLA:    Mark Inciong
Lawrence Peralta (DEA)

ATTYS FOR DEFT:    02 Brandon Flores
07 Barry Edwards

INTERPRETER:

---

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:    4/15/2008                   TIME:    9:30 - 12:05
2:00 - 2:25

---

COURT ACTION:  EP: Defendant's Motion to Suppress Evidence [108]; United States' Motion to Admit 404 (b) Evidence [105] [107] - EVIDENTIARY HEARING -

Defendants (02) Anabel Valenzuela and (07) Wayne Kila present and in custody.

United States' Motion to Admit 404 (b) Evidence (Anabel Valenzuela)  [107] - terminated - The evidence of the 2002 activities that the government gave notice it would like to offer at trial is not barred assuming that the government lays a proper foundation.

Ms. Valenzuela excused.

Court instructs Mr. Kila that he may not contact any government witness in person, by telephone, email, instant messaging, or by having other people relay messages for him.

Government's Witnesses: Reuben Oh CST for direct examination, cross examination, re direct examination and re cross examination; Joyce Alapa CST for direct examination and cross examination; Lawrence Peralta CST for direct examination, cross examination and re direct examination; Richard Worthington CST for direct examination and cross examination.

Defendant's Admitted Exhibits: 6, 7, 8, 9.

Mr. Edwards informs the court that his witness is unavailable.

Court continues Defendant's Motion to Suppress Evidence [108]; United States' Motion to Admit 404 (b) Evidence [105] (Wayne Kila) to 4/30/08 @ 9:00 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.