BRANDON K. FLORES 6714
P.O. Box 62150
Honolulu, Hawaii   96839-2150
Telephone:      (808) 988-1600
Facsimile:      (808) 988-1601

Attorney for Defendant
ANABEL VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 07-00615 SOM |
| | ) | |
| Plaintiff, | ) | DEFENDANT ANABEL |
| | ) | VALENZUELA'S PROPOSED JURY |
| vs. | ) | INSTRUCTIONS |
| | ) | |
| ANABEL VALENZUELA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT ANABEL VALENZUELA'S PROPOSED JURY INSTRUCTIONS

Defendant ANABEL VALENZUELA (hereafter "Defendant"), through counsel,

Brandon K. Flores, respectfully submits the following proposed jury instructions.

Dated: Honolulu, Hawaii, July 24, 2008.

/s/ Brandon K. Flores
BRANDON K. FLORES
Attorney for Defendant
ANABEL VALENZUELA

PROPOSED JURY INSTRUCTION NO. 1

The defendants Benjamin Acuna and Anabel Valenzuela are charged in Count 3 of the First Superseding Indictment with conspiracy to commit money laundering in violation of Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i) of Title 18 of the United States Code.

In order for defendants Benjamin Acuna and Anabel Valenzuela to be found guilty of that charge, the government must prove each of the following elements beyond a reasonable doubt:

First, beginning on a date unknown but by at least 2000, and continuing up to and including July, 2006, there was an agreement between two or more persons to conduct or attempt to conduct a financial transaction involving property that represented the proceeds of unlawful activity;

Second, that defendants Benjamin Acuna and Anabel Valenzuela knew that the property represented the proceeds of unlawful activity;

Third, that defendants Benjamin Acuna and Anabel Valenzuela had the intent to promote the carrying on of a specified unlawful activity, or knew that the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the unlawful activity; and

Fourth, defendants Benjamin Acuna and Anabel Valenzuela became members of the conspiracy knowing of at least one of its objects and intending to help accomplish it.

Ninth Circuit Model Criminal Jury Instructions 8.16 and 8.121 (as modified); 18 U.S.C. §§1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Gurmail G. Singh ggsingh@hawaii.rr.com                    July 24, 2008

Clare E. Connors clare.connors@usdoj.gov,                 July 24, 2008
USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

Mark A. Inciong mark.inciong@usdoj.gov,                   July 24, 2008
USAHI.ECFNarcotics@usdoj.gov, janice.tsumoto@usdoj.gov

Served by First Class Mail:

Jeffrey T. Arakaki
1188 Bishop St Ste 1604
Honolulu, HI 96813

DATED:   Honolulu, Hawaii, July 24, 2008.


                        /s/ Brandon K. Flores