BRANDON K. FLORES 6714
P.O. Box 62150
Honolulu, Hawaii   96839-2150
Telephone:     (808) 988-1600
Facsimile:     (808) 988-1601

Attorney for Defendant
ANABEL VALENZUELA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 07-00615 SOM |
| | ) |
| Plaintiff, | ) DEFENDANT ANABEL VALENZUELA'S |
| | ) WITNESS LIST; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| ANABEL VALENZUELA, | ) Trial Date: August 6, 2008 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Susan Oki Mollway |
| | ) |

### DEFENDANT ANABEL VALENZUELA'S WITNESS LIST

Defendant ANABEL VALENZUELA (hereafter 'Defendant'), through counsel,

Brandon K. Flores, respectfully submits her witness list for trial.

1.    Defendant ANABEL VALENZUELA

2.    Eduardo Valenzuela

3.    Eduviges Martinez

4.    James Alamillo

Dated: Honolulu, Hawaii, July 30, 2008.

          /s/ Brandon K. Flores
          BRANDON K. FLORES
          Attorney for Defendant
          ANABEL VALENZUELA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Gurmail G. Singh ggsingh@hawaii.rr.com                July 30, 2008

Clare E. Connors clare.connors@usdoj.gov,            July 30, 2008
USAHI.ECFMajorCrimes@usdoj.gov, cheri.abing@usdoj.gov

Mark A. Inciong mark.inciong@usdoj.gov,             July 30, 2008
USAHI.ECFNarcotics@usdoj.gov, janice.tsumoto@usdoj.gov

Served by First Class Mail:

Jeffrey T. Arakaki
1188 Bishop St Ste 1604
Honolulu, HI 96813

DATED:   Honolulu, Hawaii, July 30, 2008.


      /s/ Brandon K. Flores