IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

USA _____,
                    Plaintiff(s)

vs.

B. Acuña _____,
                    Defendant(s)

)
)
)
)
)
)
)
)
)
)

Civil No._____

Criminal No. 07-00615 SOM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 - 2008

at 11 o'clock and 17 min a.M.
SUE BEITIA, CLERK

Response To
NOTE FROM THE JURY #6

YOUR HONOR,

Do the defendants themselves have to know that their transactions affected interstate or foreign commerce in order to be found guilty of money laundering, referring to page 24 last paragraph.

Response: No.

                    Susan Oki Mollway

DATED at Honolulu, Hawaii on 9/2/08

TIME: 1010

/s/ Foreperson

Signature of Foreperson